IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Dot 23 Technologies, LLC, | § § | Civil Action No. 6:16-cv-00024-JRG-RSP |
| Plaintiff, | § § | Jury Trial Demanded |
| v. | § § | |
| Apple Inc., | § § | |
| Defendant. | § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

COME NOW, Plaintiff Dot 23 Technologies, LLC and Defendant Apple Inc., and file this Joint Motion to Stay All Deadlines and Notice of Settlement.  Dot 23 Technologies, LLC and Apple Inc. hereby notify the Court that all causes of action asserted in this case between Dot 23 Technologies, LLC and Apple Inc. have been resolved, in principle.  The parties request that the Court stay all unreached case deadlines applicable between Dot 23 Technologies, LLC and Apple Inc. for thirty (30) days to allow the parties time to execute the appropriate dismissal papers.

Dated:  June 29, 2016

Respectfully submitted,

*/s/ Frank M. Washko, with permission by Michael E. Jones*
Frank M. Washko (252010)
Tiburon Intellectual Property, PLLC
350 Townsend Street, Suite 680
San Francisco, CA 94107
415-545-8040
fwashko@tiburonip.com

Allen S. Wan (24085640)
3723 Greenville Ave.
Dallas, TX 75206
patlit4@allenwan.com

(469) 242-0945
*Counsel for Dot 23 Technologies, LLC*

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
APPLE INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 29, 2016.

*/s/ Michael E. Jones*
Michael E. Jones